IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ADARIUS EASON                                                                                    PLAINTIFF

v.                                              3:16CV00176-KGB-JJV

DELL COOK, Sheriff, Mississippi
County Detention Center; *et al.*                                                           DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATIONS

### INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge Kristine G. Baker  Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before either the District Judge or Magistrate Judge, you must, at the time you file your written objections, include the following:

1.   Why the record made before the Magistrate Judge is inadequate.

2.   Why the evidence to be proffered at the new hearing (if such a  hearing is granted) was not offered at  the hearing before the Magistrate Judge.

3.   The details of any testimony desired to be introduced at the new hearing in the form

1

of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the new hearing.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing.  Mail your objections and "Statement of Necessity" to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite A149
> Little Rock, AR 72201-3325

## DISPOSITION

Adarius Eason ("Plaintiff") began this action on July 12, 2016, by filing a *pro se* Complaint (Doc. No. 1) without the statutory filing fee or an Application to Proceed Without Prepayment of Fees and Affidavit ("Application").  On July 14, 2016, I entered an Order directing Plaintiff to submit the filing fee or a completed Application within thirty days. (Doc. No. 2.)  Accompanying that Order was an Application with calculation sheet.  In excess of thirty days have now passed, and Plaintiff has not complied with or otherwise responded to my Order.

IT IS THEREFORE RECOMMENDED that Plaintiff's Complaint (Doc. No. 1) be DISMISSED without prejudice.

So Recommended this 19th day of August, 2016.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE