THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**ADARIUS EASON**                                                                                                 **PLAINTIFF**

v.                               Case No. 3:16-cv-00176 KGB

**DELL COOK, Sheriff, Mississippi**
**County Detention Center,** *et al.*                                                    **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendations ("Recommendations") submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 3). No objections to the Recommendations have been filed, and the time for filing objections has passed. After review, this Court adopts the Recommendations in their entirety as this Court's findings in all respects (*Id.*). Plaintiff Adarius Eason's complaint is dismissed without prejudice (Dkt. No. 1). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

So ordered this the 11th day of December, 2017.

_____
Kristine G. Baker
United States District Judge