THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**ADARIUS EASON**                                                                         **PLAINTIFF**

**v.**                                     Case No. 3:16-cv-00176 KGB

**DELL COOK, Sheriff, Mississippi
County Detention Center,** *et al.*                                                        **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby dismissed without prejudice.

So adjudged this 11th day of December, 2017.

_____
Kristine G. Baker
United States District Judge